**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Don Gerber, and all other similarly situated | ) ) ) | |
| Plaintiff, | ) ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) ) | |
| AT&T Corp.  and AT&T Communications-East, Inc. | ) ) ) | Case No.  1:08-cv-080 |
| Defendants. | ) | |

Before the court are the Defendants motions for attorneys Timothy E.  Hayes, Daniel R.  Schramm, and Douglas S.  Dove  to appear *pro hac vice* on their behalf.  In accordance with D.N.D Gen.  L.R. 1.3(D), Mr.  Hayes, Mr.  Schramm, and Mr.  Dove  have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline.  They have also paid the required admission fees to the office of the Cerk.   Accordingly, the Defendants' motions (Docket No. 5, 6, and 7) are **GRANTED**.  Attorneys  Timothy E.  Hayes, Daniel R.  Schramm, and Douglas S.  Dove are admitted to practice before this court in the above-entitled action on behalf of the Defendants.

    **IT IS SO ORDERED.**

    Dated this 24th day of November, 2008.


                              */s/ Charles S. Miller, Jr.*
                              Charles S. Miller, Jr.
                              United States Magistrate Judge