**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Don Gerber, and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| AT&T Corp., a New York Corporation, and AT&T Communications-East, Inc., (formerly AT&T Communications, Inc.,), a Delaware Corporation, | ) ) ) ) ) | |
| | ) | Case No. 1:08-cv-080 |
| Defendant. | ) | |

_____

On June 16, 2009, the parties filed a Stipulation to Amend Class Action Complaint. The court **ADOPTS** the parties' stipulation and **GRANTS** Plaintiffs leave to file an amended complaint.

**IT IS SO ORDERED.**

Dated this 17th day of June, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge